CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 16 2011

JULIA A. DUDLEY, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CHRIS CARTY, ) | |
|     Plaintiff, ) | Civil Action No. 7:11cv00536 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| J.C. D'ALIENANDRIN, ) | By: Samuel G. Wilson |
|     Defendant. ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that Carty's request to proceed *in forma pauperis* is **GRANTED**, this action is **DISMISSED** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), and this matter is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to the plaintiff.

**ENTER**: This 16th day of November, 2011.

_____
UNITED STATES DISTRICT JUDGE